IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK WISE, on behalf of himself and others similarly situated**, <br><br> *Plaintiff,* <br><br> v. <br><br> **KIMBERLY-CLARK CORPORATION**, <br><br> *Defendant.* | **Case No. 2:25-cv-01019-JDW** |

## ORDER

**AND NOW**, this 13th day of May, 2025, upon consideration of Plaintiff Frank Wise's Motion To Remand To State Court (ECF No. 11), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and this case is **REMANDED** to the Court Of Common Pleas Of Philadelphia County.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.